E-FILED
Friday, 16 April, 2021 08:59:53 AM
Clerk, U.S. District Court, ILCD



IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED

MAR 16 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 21-10013 |
| RYAN GROSS, ) | VIO: 18 U.S.C. §§ 2251(a) and (e); 2253. |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(Sexual Exploitation of a Minor)

On or about November 16, 2020 in the Central District of Illinois and elsewhere, the defendant,

**RYAN GROSS,**

attempted to and did employ, use, persuade, induce, entice, and coerce a minor, MINOR GIRL 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and he knew and had reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and that visual depiction was produced and transmitted using materials that had been mailed, shipped,

1

and transported in and affecting interstate and foreign commerce by any means, and that visual depiction has been transported and transmitted using any means and facility of interstate commerce and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
(Sexual Exploitation of a Minor)

On or about November 26, 2020 in the Central District of Illinois and elsewhere, the defendant,

**RYAN GROSS,**

attempted to and did employ, use, persuade, induce, entice, and coerce a minor, MINOR GIRL 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and he knew and had reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and that visual depiction has been transported and transmitted using any means and facility of interstate commerce and affecting interstate and foreign commerce.

2

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT THREE
(Sexual Exploitation of a Minor)

On or about December 1, 2020 in the Central District of Illinois and elsewhere, the defendant,

### RYAN GROSS,

attempted to and did employ, use, persuade, induce, entice, and coerce a minor, MINOR GIRL 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and he knew and had reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and that visual depiction has been transported and transmitted using any means and facility of interstate commerce and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT FOUR
(Sexual Exploitation of a Minor)

On or about December 3, 2020 in the Central District of Illinois and

elsewhere, the defendant,

## RYAN GROSS,

attempted to and did employ, use, persuade, induce, entice, and coerce a minor, MINOR GIRL 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and he knew and had reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and that visual depiction has been transported and transmitted using any means and facility of interstate commerce and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE NOTICE

1. The charges contained in Counts One through Four are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. For his engagement in the violations alleged in Counts One through Four, the defendant,

### RYAN GROSS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

  a. Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in this Indictment;

  b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in this Indictment; and

  c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in this Indictment.

  3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Apple iPhone 7 black 32GB, and phone IMEI 355829080875845

All pursuant to Title 18, United States Code, Section 2253.

                                             A TRUE BILL,
                                               s/ Foreperson

s/ Paul Morris

                                             **FOREPERSON**

**DOUGLAS J. QUIVEY**
ACTING UNITED STATES ATTORNEY
PBM