**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-cr-10013 |
| | ) |
| RYAN GROSS, | ) |
| | ) |
| Defendant. | ) |

## COMMENTARIES ON SENTENCING FACTORS

Defendant offers the attached letters in support from the following:

1. Ronnie Gross
2. Ronda Gross
3. David Simmerman
4. Rhonda Ryan
5. Ayla Gibson
6. Lucas Ryan
7. Grayce Rey
8. Jacob Ryan
9. Angela Minnick
10. Carolyn Chesney
11. Randal Gross
12. Rochelle Hart
13. Joseph Hart
14. Loy Ball

Respectfully submitted,
RYAN GROSS, Defendant.

/s/ Charles Schierer
Charles G. Schierer
Schierer & Ritchie, LLC.
1009 Illini Drive
East Peoria, Illinois
(T) 309-839-2024
(F) 309-517-5856
(E) chuck@srtriallawyers.com

**CERTIFICATE OF SERVICE**

    I, Charles G. Schierer, attorney, hereby certify that on August 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney's Office and all other CM/ECF participants.

        /s/ Charles Schierer
        Charles G. Schierer
        Schierer & Ritchie, LLC.
        1009 Illini Drive
        East Peoria, Illinois
        (T) 309-839-2024
        (F) 309-517-5856
        (E) chuck@srtriallawyers.com